NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**29977**
**01-DEC-2010**
**10:02 AM**

NO. 29977

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JORGE NORALES FERNANDEZ, Petitioner-Apellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(S.P.P. NO. 09-1-0003)

ORDER DENYING PETITIONER-APPELLANT'S
MOTION FOR RECONSIDERATION OF
NOVEMBER 16, 2010 SUMMARY DISPOSITION ORDER
(By:  Foley, Presiding J., Leonard and Reifurth, JJ.)

Upon consideration of Petitioner-Appellant Jorge Norales Fernandez's November 26, 2010 Motion for Reconsideration of the Intermediate Court of Appeals' Summary Disposition Order filed on November 16, 2010, the memorandum in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, December 1, 2010.

On the motion:

A. Edward Fyffe, Jr.
for Petitioner-Appellant.

Presiding Judge

Associate Judge

Associate Judge